UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

Civ. Case No.

CANON U.S.A., INC.

    Plaintiff,

vs.

CHULANI (ST. MAARTEN) N.V.,

    Defendant.
_____/

## REGISTRATION OF FINAL JUDGMENT FROM UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

Plaintiff, CANON U.S.A, INC., pursuant to 28 U.S.C. 1963, hereby submits for registration in the Southern District of Florida a final judgment from the Eastern District of New York dated December 29, 2020 in the amount of $13,209,013.70, against Defendant, CHULANI (ST. MAARTEN) N.V. A certified copy of the final judgment is attached hereto as **Exhibit "A."** The final judgment is considered final in all respects as set forth in Fed. R. Civ. P. 62(a), and is not the subject of an appeal. A copy of the docket sheet from the Eastern District of New York is attached hereto as **Exhibit "B."**

DATED: **August 5, 2021**

    **SAUL EWING ARNSTEIN & LEHR LLP**
*Attorneys for Canon U.S.A., Inc.*
701 Brickell Ave, 17th Floor
Miami, Florida 33131-2395
Telephone: (305) 428-4500
Email: Javier.Rodriguez@saul.com
Email: Tracy.Alger@saul.com
Email: MIA-ctdocs@saul.com

By: *s/ Javier J. Rodriguez*
    **Javier J. Rodriguez**
    Florida Bar No. 827347