FILED
CLERK
12/29/2020 9:36 am
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CANON U.S.A., INC.,

    Plaintiff,

-v-

CHULANI (ST. MAARTEN) N.V.,

    Defendant.

Case No. 2:19-cv-06057-JMA-AYS



## CONSENT FOR ENTRY OF STIPULATED JUDGMENT AGAINST CHULANI (ST. MAARTEN) N.V.

Plaintiff, Canon U.S.A., Inc., inclusive of its Latin America Group (together, "Canon USA"), and defendant, Chulani (St. Maarten) N.V. ("Chulani"), hereby stipulate and agree to the entry of judgment in favor of Canon USA and against Chulani pursuant to the terms and conditions set forth below:

### BACKGROUND

1. Canon USA and Chulani entered into a Non-Exclusive Brand Product Distribution Agreement (the "Distribution Agreement"), effective June 23, 2017, pursuant to which Canon USA agreed to sell, and Chulani agreed to purchase, certain Canon-brand camera products for re-sale by Chulani in certain geographic territories.

2. Beginning in July 2019, Chulani stopped paying the invoices issued by Canon USA to Chulani for Canon-brand camera products that Canon USA sold and shipped to Chulani. By failing to pay the invoices, Chulani breached the Distribution Agreement, which was then terminated by Canon USA based upon such breach. The total amount of unpaid invoices for Canon-brand camera products sold, shipped, and invoiced to Chulani is $11,621,295.00, exclusive

**EXHIBIT "A"**

of accrued pre-judgment interest, and also exclusive of reasonable attorneys' fees and associated costs and expenses, which Canon USA is entitled to recover pursuant to Clause 19th, Paragraph 8 of the Distribution Agreement.

3. On October 28, 2019, Canon USA initiated the above-captioned action by filing a Complaint against Chulani asserting claims for breach of contract, account stated and unjust enrichment arising out of Chulani's failure to pay the outstanding invoices issued by Canon USA to Chulani pursuant to the Distribution Agreement.

4. Chulani answered the Complaint on February 14, 2020.

5. Following an unsuccessful mediation, Chulani informed Canon USA that it did not intend to further defend the action, and would consent to the entry of a stipulated judgment for breaching the Distribution Agreement.

6. Chulani consents to entry of judgment against it, as follows.

## STIPULATED JUDGMENT

NOW, THEREFORE, upon stipulation and consent of the parties hereto, IT IS ORDERED, ADJUDGED AND DECREED:

1. This Court has personal jurisdiction over the parties and over the subject matter of this action.

2. Venue is proper in this Court.

3. Chulani consents to the entry of judgment in favor of Canon USA and against Chulani, in the aggregate amount of $13,209,013.70, which is comprised of:

    a. $11,621,295.00, consisting of the aggregate amount of unpaid invoices issued by Canon USA to Chulani under the Distribution Agreement;

      b. $1,385,529.75, consisting of accrued pre-judgment interest at the New York statutory rate of nine percent (9%) per annum computed from the due dates of the unpaid invoices; and

      c. $202,188.93, consisting of Canon USA's reasonable attorneys' fees and associated costs and expenses, including those incurred in connection with the unsuccessful mediation, which Canon USA is entitled to recover pursuant to Clause 19th, Paragraph 8 of the Distribution Agreement.

4. This stipulated judgment constitutes the final judgment in this action. Chulani waives the right to appeal from this judgment.

5. Chulani acknowledges and agrees that once entered by the Court, Canon USA may execute upon this judgment.

6. The undersigned consent to entry of this stipulated judgment without further notice.

\*\*\* Remainder of page intentionally left blank \*\*\*

| | |
|---|---|
| CANON U.S.A., INC. | CHULANI (ST. MAARTEN) N.V. |
| By: *s/ Jonathan Montcalm* | By: *s/ Kathleen S. Phang* |
| Date: 12/24/20 | Date: 12/24/20 |
| DORSEY & WHITNEY LLP | KATIE S. PHANG, P.A. |
| By: Richard H. Silberberg<br>Jonathan Montcalm<br>51 W 52nd St.<br>New York, New York 10019<br>(212) 415-9200<br>silbergerg.richard@dorsey.com<br>montcalm.jonathan@dorsey.com | By: Kathleen S. Phang<br><br>283 Catalonia Avenue, 2nd Floor<br>Coral Gables, Florida 33134<br>(305) 614-1187<br>katie@katiephang.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**SO ORDERED:**

Dated: 12/29/2020

**BY THE COURT:**

/s/ Joan M. Azrack

Joan M. Azrack
United States District Court Judge

4