7/22/2021 Case 1:21-mc-22855-KMM   Document 1-2 Entered on FLSD Docket 08/05/2021   Page 1 of 5
Eastern District of New York LIVE Database 1.6 (Revision 6.3.2)

CLOSED,ACO

# U.S. District Court
## Eastern District of New York (Central Islip)
### CIVIL DOCKET FOR CASE #: 2:19-cv-06057-JMA-AYS

| | |
|---|---|
| Canon U.S.A., Inc. v. Chulani (St. Maarten) N.V. | Date Filed: 10/28/2019 |
| Assigned to: Judge Joan M. Azrack | Date Terminated: 12/29/2020 |
| Referred to: Magistrate Judge Anne Y. Shields | Jury Demand: None |
| Cause: 28:1332 Diversity-Breach of Contract | Nature of Suit: 190 Contract: Other |
| | Jurisdiction: Diversity |

**Plaintiff**

| | | |
|---|---|---|
| **Canon U.S.A., Inc.** | represented by | **Richard H. Silberberg**<br>Dorsey & Whitney, L.L.P<br>51 West 52nd Street<br>New York, NY 10019<br>212-415-9231<br>Fax: 212-953-7201<br>Email: silberberg.richard@dorsey.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Jonathan Richard Montcalm**<br>Dorsey & Whitney LLP<br>51 West 52nd Street<br>New York, NY 10019<br>212-415-9200<br>Fax: 646-417-7238<br>Email: montcalm.jonathan@dorsey.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Chulani (St. Maarten) N.V.** | represented by | **Kathleen S Phang**<br>Katie S. Phang, P.A.<br>283 Catalonia Avenue<br>Ste 2nd Floor<br>Coral Gables, FL 33134<br>305-614-1223<br>Fax: 305-614-1187<br>Email: katie@katiephang.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Kieran M. Corcoran**<br>Stinson LLP<br>1325 Avenue of the Americas<br>27th Floor<br>New York, NY 10019 |

**EXHIBIT "B"**

212-763-8491
Email: kieran.corcoran@stinson.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/28/2019 | 1 | COMPLAINT against Chulani (St. Maarten) N.V. filing fee $ 400, receipt number ANYEDC-11986596 Was the Disclosure Statement on Civil Cover Sheet completed -Yes,, filed by Canon U.S.A., Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Proposed Summons, # 5 Civil Cover Sheet) (Silberberg, Richard) (Entered: 10/28/2019) |
| 10/28/2019 | 2 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made. (Rodin, Deanna) (Entered: 10/28/2019) |
| 10/28/2019 |  | Case Assigned to Judge Joan M. Azrack and Magistrate Judge Anne Y. Shields. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Rodin, Deanna) (Entered: 10/28/2019) |
| 10/28/2019 | 3 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent unless all parties have signed the consent.** (Rodin, Deanna) (Entered: 10/28/2019) |
| 10/28/2019 | 4 | Summons Issued as to Chulani (St. Maarten) N.V. (Rodin, Deanna) (Entered: 10/28/2019) |
| 11/05/2019 | 5 | SUMMONS Returned Executed by Canon U.S.A., Inc.. Chulani (St. Maarten) N.V. served on 10/29/2019, answer due 11/19/2019. (Montcalm, Jonathan) (Entered: 11/05/2019) |
| 11/15/2019 | 6 | NOTICE of Appearance by Kieran M. Corcoran on behalf of Chulani (St. Maarten) N.V. (aty to be noticed) (Corcoran, Kieran) (Entered: 11/15/2019) |
| 11/15/2019 | 7 | Letter MOTION for Extension of Time to File Answer re 1 Complaint, by Chulani (St. Maarten) N.V.. (Corcoran, Kieran) (Entered: 11/15/2019) |
| 11/19/2019 |  | ELECTRONIC ORDER granting 7 Motion for Extension of Time to Answer. Defendant Chulani (St. Maarten) N.V. time to answer or otherwise respond to the Complaint is EXTENDED to 12/2/2019. So Ordered by Magistrate Judge Anne Y. Shields on 11/19/2019. (Mucciaccio, Dina) (Entered: 11/19/2019) |
| 12/02/2019 | 8 | Letter MOTION for pre motion conference by Chulani (St. Maarten) N.V.. (Corcoran, Kieran) (Entered: 12/02/2019) |
| 12/05/2019 | 9 | MOTION to Appear Pro Hac Vice Filing fee $ 150, receipt number ANYEDC-12127414. by Chulani (St. Maarten) N.V.. (Attachments: # 1 Affidavit) (Phang, Kathleen) (Entered: 12/05/2019) |
| 12/05/2019 |  | ELECTRONIC ORDER granting 9 Motion for Leave to Appear Pro Hac Vice. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that she receives electronic notification of activity in this case. So Ordered by Magistrate Judge Anne Y. Shields on 12/5/2019. (Mucciaccio, Dina) (Entered: 12/05/2019) |

| | | |
|---|---|---|
| 12/09/2019 | 10 | Letter *response to pre-motion conference letter* by Canon U.S.A., Inc. (Montcalm, Jonathan) (Entered: 12/09/2019) |
| 01/02/2020 | 11 | NOTICE of Appearance by Kathleen S Phang on behalf of Chulani (St. Maarten) N.V. (notification declined or already on case) (Phang, Kathleen) (Entered: 01/02/2020) |
| 01/07/2020 | | ORDER granting 8 Motion for Pre Motion Conference. A telephone pre-motion conference is scheduled for **1/22/20** at 3:30 PM with Judge Azrack. Counsel for the plaintiff shall initiate the call and contact Chambers at 631-712-5600 when both parties are on the line. Ordered by Judge Joan M. Azrack on 1/7/2020. (Posillico, Lauren) Modified on 1/7/2020 to correct the conference date (Posillico, Lauren). (Entered: 01/07/2020) |
| 01/22/2020 | 12 | Minute Entry for proceedings held before Judge Joan M. Azrack: CIVIL CAUSE FOR PRE-MOTION CONFERENCE (Tel). Counsel For Plaintiff: Jonathan Montcalm. Counsel For Defendant: Kathleen Phang, Purpoise Evans. Pre Motion Conference held on 1/22/2020 at 3:30 PM. This case will be referred to Mediation. The parties are to advise the Court by close of business on 1/24/2020 whether they consent to EDNY mediation or will go to a private mediator. Answer to be filed by 2/14/2020. (Ortiz, Grisel) (Main Document 12 replaced on 1/22/2020) (Ortiz, Grisel). Modified on 1/22/2020 (Ortiz, Grisel). (Entered: 01/22/2020) |
| 01/24/2020 | 13 | Letter *Advising Court Regarding Mediation* by Canon U.S.A., Inc. (Montcalm, Jonathan) (Entered: 01/24/2020) |
| 01/27/2020 | | ORDER re 13 Letter filed by Canon U.S.A., Inc. - This case will be privately mediated, to be completed within 30 days. The parties shall report to the Court upon completion of mediation. Ordered by Judge Joan M. Azrack on 1/27/2020. (Posillico, Lauren) (Entered: 01/27/2020) |
| 02/14/2020 | 14 | ANSWER to 1 Complaint, by Chulani (St. Maarten) N.V.. (Corcoran, Kieran) (Entered: 02/14/2020) |
| 02/21/2020 | 15 | Letter MOTION for Extension of Time to File *and conduct Mediation* by Chulani (St. Maarten) N.V.. (Corcoran, Kieran) (Entered: 02/21/2020) |
| 02/24/2020 | | ORDER granting 15 Motion for Extension of Time to File. The parties shall report to the Court upon completion of mediation by April 2, 2020. Ordered by Judge Joan M. Azrack on 2/24/2020. (Simmons, James) (Entered: 02/24/2020) |
| 04/06/2020 | 16 | Letter *Reporting on Results of Mediation Session* by Canon U.S.A., Inc. (Montcalm, Jonathan) (Entered: 04/06/2020) |
| 06/23/2020 | | STATUS REPORT ORDER: Counsel for the plaintiff shall file a status report by June 30, 2020. Ordered by Judge Joan M. Azrack on 6/23/2020. (Simmons, James) (Entered: 06/23/2020) |
| 06/30/2020 | 17 | STATUS REPORT by Canon U.S.A., Inc. (Montcalm, Jonathan) (Entered: 06/30/2020) |
| 07/22/2020 | | STATUS REPORT ORDER: Counsel for the plaintiff shall file a status report by July 29, 2020. Ordered by Judge Joan M. Azrack on 7/22/2020. (Simmons, James) (Entered: 07/22/2020) |
| 07/29/2020 | 18 | STATUS REPORT by Canon U.S.A., Inc. (Montcalm, Jonathan) (Entered: 07/29/2020) |
| 08/05/2020 | | STATUS REPORT ORDER: A further status report is due by 8/28/2020. Ordered by Judge Joan M. Azrack on 8/5/2020. (Simmons, James) (Entered: 08/05/2020) |
| 08/28/2020 | 19 | STATUS REPORT *on Conclusion of Mediation* by Canon U.S.A., Inc. (Montcalm, Jonathan) (Entered: 08/28/2020) |

| | | |
|---|---|---|
| 09/02/2020 | | SCHEDULING ORDER: A Telephone Pre-Motion Conference is scheduled for 9/22/2020 at 2:30 PM before Judge Joan M. Azrack. The proceeding will be conducted through the AT&T teleconference center. Counsel shall dial 1-877-873-8017 and enter Access code 4785432# at the prompt. Ordered by Judge Joan M. Azrack on 9/2/2020. (Flanagan, Doreen) (Entered: 09/02/2020) |
| 09/18/2020 | | SCHEDULING ORDER: Due to a change in this Court's calendar, the Telephone Pre-Motion Conference scheduled for 9/22/2020 before Judge Joan M. Azrack is CHANGED to 9/23/2020 at 10:30 AM. The proceeding will be conducted through the AT&T teleconference center. Counsel shall dial 1-877-873-8017 and enter Access Code 4785432# at the prompt. Ordered by Judge Joan M. Azrack on 9/18/2020. (Flanagan, Doreen) (Entered: 09/18/2020) |
| 09/23/2020 | 20 | Minute Entry for proceedings held before Judge Joan M. Azrack: CIVIL CAUSE FOR PRE-MOTION CONFERENCE (Tel). Counsel For Plaintiff: Jonathan Richard Montcalm. Counsel For Defendants: Kieran M. Corcoran. Telephone Pre Motion Conference held on 9/23/2020 at 10:30 AM. A further telephone status conference is scheduled for October 21, 2020 at 5:15 PM before Judge Azrack. Counsel shall dial 1-877-873-8017 and enter Access Code 4785432# at the prompt. (Ortiz, Grisel) (Entered: 09/23/2020) |
| 10/08/2020 | | SCHEDULING ORDER: Due to a change in this Court's calendar, the Status Conference scheduled for 10/21/2020 at 5:15 PM before Judge Joan M. Azrack is ADVANCED to 10/21/2020 at 2:30 PM. The proceeding will be conducted through the AT&T teleconference center. Counsel shall dial 1-877-873-8017 and enter Access Code 4785432# at the prompt. Ordered by Judge Joan M. Azrack on 10/8/2020. (Flanagan, Doreen) (Entered: 10/08/2020) |
| 10/13/2020 | | SCHEDULING ORDER: Due to a change in this Court's calendar, the Status Conference scheduled for 10/21/2020 at 2:30 PM is ADVANCED to 10/21/2020 at 11:30 AM before Judge Joan M. Azrack. The proceeding will be conducted through the AT&T teleconference center. Counsel shall dial 1-877-873-8017 and enter Access Code 4785432# at the prompt. Ordered by Judge Joan M. Azrack on 10/13/2020. (Flanagan, Doreen) (Entered: 10/13/2020) |
| 10/20/2020 | 21 | Letter MOTION to Adjourn Conference by Canon U.S.A., Inc.. (Montcalm, Jonathan) (Entered: 10/20/2020) |
| 10/20/2020 | | ORDER granting 21 Motion to Adjourn Conference. The Status Conference scheduled for 10/21/2020 is ADJOURNED to 11/10/2020 at 1:00 PM before Judge Joan M. Azrack. The proceeding will be conducted through the AT&T teleconference center. Counsel shall dial 1-877-873-8017 and enter Access Code 4785432# at the prompt. Ordered by Judge Joan M. Azrack on 10/20/2020. (Flanagan, Doreen) (Entered: 10/20/2020) |
| 11/10/2020 | 22 | Minute Entry for proceedings held before Judge Joan M. Azrack: CIVIL CAUSE FOR STATUS CONFERENCE (Tel). Counsel For Plaintiff: Jonathan Montcalm. Counsel For Defendants: Jonathan Feldman. Telephone Status Conference held on 11/10/2020 at 1:00 PM. A further telephone status conference is scheduled for 12/10/2020 at 10:30 AM with Judge Joan M. Azrack. Counsel shall dial 1-877-873-8017 and enter Access Code 4785432# at the prompt. (Ortiz, Grisel) (Entered: 11/10/2020) |
| 12/10/2020 | 23 | Minute Entry for proceedings held before Judge Joan M. Azrack: CIVIL CAUSE FOR STATUS CONFERENCE (Tel). Counsel For Plaintiff: Jonathan Montcalm. Counsel For Defendants: Kathleen Phang. Telephone Status Conference held on 12/10/2020 at 10:30 AM. Parties to submit consent judgment by 12/18/2020. (Ortiz, Grisel) (Entered: 12/10/2020) |
| 12/18/2020 | 24 | Letter MOTION for Extension of Time to File *Consent Judgment* by Chulani (St. Maarten) |

| | | |
|---|---|---|
| | | N.V.. (Corcoran, Kieran) (Entered: 12/18/2020) |
| 12/18/2020 | | ORDER granting 24 Motion for Extension of Time to File. The parties shall file the consent judgment on or before December 24, 2020. Ordered by Judge Joan M. Azrack on 12/18/2020. (Simmons, James) (Entered: 12/18/2020) |
| 12/24/2020 | 25 | STIPULATION *Consent for Entry of Stipulated Judgment Against Defendant* by Canon U.S.A., Inc. (Montcalm, Jonathan) (Entered: 12/24/2020) |
| 12/29/2020 | 26 | CONSENT JUDGMENT: NOW, THEREFORE, upon stipulation and consent of the parties hereto, IT IS ORDERED, ADJUDGED AND DECREED: Please see Judgment for Further Details. So Ordered by Judge Joan M. Azrack on 12/29/2020. (Ortiz, Grisel) (Entered: 12/29/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/22/2021 14:10:26 | | | |
| **PACER Login:** | jonmontcalm | **Client Code:** | 368375-00867-02052 |
| **Description:** | Docket Report | **Search Criteria:** | 2:19-cv-06057-JMA-AYS |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |